# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**Estate of Ke Zhengguang**

**Plaintiff**

vs.     Case No.: 8:18-cv-03546-TJS

**Yu Naifen Stephany (a/k/a Stephany Yu. a/k/a Stephany Naifen Yu, a/k/a Stephany N. Dombrowski)**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action, Civil Cover Sheet, Order Assigning Case to a United States Magistrate Judge, and Petition to Recognize and Enforce Foreign Arbitration Award with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 12/02/2018 at 1:12 PM, I served Yu Naifen Stephany (a/k/a Stephany Yu. a/k/a Stephany Naifen Yu, a/k/a Stephany N. Dombrowski) with the Summons in a Civil Action, Civil Cover Sheet, Order Assigning Case to a United States Magistrate Judge, and Petition to Recognize and Enforce Foreign Arbitration Award with Exhibits at 15400 River Road, Darnestown, Maryland 20874, by serving Yu Naifen Stephany (a/k/a Stephany Yu. a/k/a Stephany Naifen Yu, a/k/a Stephany N. Dombrowski), personally.

Yu Naifen Stephany (a/k/a Stephany Yu. a/k/a Stephany Naifen Yu, a/k/a Stephany N. Dombrowski) is described herein as:

Gender: Female    Race/Skin: Asian    Age: 39    Weight: 130    Height: 5'7"    Hair: Black    Glasses: No

I declare under penalty of perjury that this information is true.

12/3/18
Executed On

Louis Gerrick

Client Ref Number: N/A
Job #: 1554465

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| ESTATE OF KE ZHENGGUANG <br><br> *Plaintiff(s)* <br> v. <br> YU NAIFEN STEPHANY (a/k/a STEPHANY YU, a/k/a STEPHANY NAIFEN YU, a/k/a STEPHANY N. DOMBROWSKI) <br><br> *Defendant(s)* | Civil Action No. 8:18-cv-03546-TJS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YU NAIFEN STEPHANY (a/k/a STEPHANY YU, a/k/a STEPHANY NAIFEN YU, a/k/a STEPHANY N. DOMBROWSKI). 15400 River Road, Germantown Maryland 20874

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lars Liebeler, Esq., c/o Steven A. Cash, Esq., Day Pitney LLP, 1100 New York Avenue, N.W., Suite 300, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/28/2018

*Signature of Clerk or Deputy Clerk*