IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ESTATE OF KE ZHANGGUANG**

    **Petitioner,**

      v.

**YU NAIFEN STEPHANY
(a/k/a STEPHANY YU, a/k/a
STEPHANY NAIFEN YU, a/k/a
STEPHANY N. DOMBROWSKI),**

    **Respondent**

\*    \*    \*    \*    \*

Case No. 8:18-cv-03546-TJS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE IN CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

    Please enter my appearance as counsel in this case for the Petitioner.

    I certify that I am admitted to practice in this Court.

Dated this 15th day of December, 2018
Washington, District of Columbia

    Respectfully submitted,

    Respectfully submitted,

    /s/ *Steven A. Cash*
    _____
    Steven A. Cash
    Day Pitney, LLP
    1100 New York Avenue, N.W., Suite 300
    Washington, DC 20005
    Bar No. 20710
    202-218-3912
    scash@daypitney.com

    Local Counsel to:

    The Seiden Group
    469 Seventh Ave., Suite 502
    New York, New York 10018
    (646) 766-1723
    Attorneys for Petitioner

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing submission was delivered via E-Mail to Michael Baratz, Esq. and Charles A. Michael, Esq. attorneys for Respondent, upon this 15th day of December, 2018.

Dated this 15th day of December, 2018
Washington, District of Columbia

                                          Respectfully submitted,

                                          /s/ *Steven A. Cash*
                                          _____
                                          Steven A. Cash, Esq.
                                          Day Pitney, LLP
                                          1100 New York Avenue, N.W.
                                          Suite 300
                                          Washington D.C. 20005
                                          202-218-3912
                                          Bar No. 20710
                                          scash@daypitney.com
                                          Attorney for Petitioner

                                          Local Counsel to:

                                          The Seiden Group
                                          469 Seventh Ave., Suite 502
                                          New York, New York 10018
                                          (646) 766-1723
                                          Attorneys for Petitioner