IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

ESTATE OF KE ZHENGGUANG,

                  Petitioner

  -against-

YU NAIFEN STEPHANY
(a/k/a STEPHANY YU,
a/k/a STEPHANY NAIFEN YU,
a/k/a STEPHANY N. DOMBROWSKI),

                  Respondent.

Case No. 8:18-cv-03546-PWG

**STIPULATION AND
PROPOSED ORDER**

WHEREAS on March 6, 2019, the parties participated in a telephone conference with the Court. On that conference call, the Court set a briefing schedule on Respondent's resubmitted motion to dismiss as follows: the motion due on April 8, 2019; response in opposition due April 29, 2019; reply due May 13, 2019;

WHEREAS Petitioner is requesting a short one-week extension of time to submit its response in opposition, and whereas Petitioner has not made any such prior requests;

IT IS THUS HEREBY STIPULATED AND AGREED AS FOLLOWS, SUBJECT TO THE APPROVAL OF THE COURT:

    Petitioner's response in opposition shall be due on May 6, 2019

    Defendant's reply shall be due on May 20, 2019

Respectfully submitted on April 22, 2019:

|  |  |
|---|---|
|  | STEPTOE & JOHNSON LLP |
| _____<br>Michael D. Cilento (admitted *pro hac vice*)<br>**The Seiden Group**<br>469 7th Avenue, Suite 502<br>New York, NY 10018<br>(646) 766-1723<br>mcilento@seidenlegal.com | /s/ Michael J. Baratz_____<br>Michael J. Baratz (Bar No. 16391)<br>1330 Connecticut Avenue, NW<br>Washington, D.C.<br>(202) 429-3000<br>mbaratz@steptoe.com |
| -and- | -and- |
| /s/ Cyril V. Smith_____<br>Cyril V. Smith (Fed. Bar No. 07322)<br>**Zuckerman Spaeder LLP**<br>100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202-1031<br>(410) 949-1145<br>csmith@zuckerman.com | Charles Michael (admitted *pro hac vice*)<br>1114 Avenue of the Americas<br>New York, New York 10036<br>(212) 506-3900<br>cmichael@steptoe.com |
| *Attorneys for Estate of Ke Zhenguang* | *Attorneys for Respondent Stephany Yu* |

The Stipulation is hereby approved and SO ORDERED.

Date: _____          _____
                                                                     Judge Paul W. Grimm