
**TRANSPERFECT**

STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

### CERTIFICATION

I, Aurora Landman, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Chinese into English translation(s) of the source document(s) listed below are true and accurate:

- *Shanghai Fengxian District People's Court Acceptance Notice*

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Aurora Landman, Project Assistant

Sworn to before me this
Tuesday, August 13, 2019

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 l T 212.689.5555 l F 212.689.1059 l WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

## Shanghai Fengxian District People's Court

### Acceptance Notice

(2019) Shanghai 0120 MinChu No. 10021

Greencourt Properties Limited Company:

We have received the your company's lawsuit against Shanghai Greencourt Sijihuacheng Real Estate Development Co., Ltd., for dispute over the request of changing the company registration. Upon examination, the suit meets the legal acceptance requirements, and the court hereby decides to accept the case. The relevant matters are notified as follows:

I. In the course of litigation, the parties must exercise their litigation rights in accordance with the law and have the right to exercise the litigation rights prescribed in Articles 49, 50 and 51 of the Civil Procedure Law, and at the same time must abide by the litigation order and perform their litigation obligations.

II. A certificate of identity of the legal representative shall be submitted to the court in advance. If it is necessary to appoint an agent for the case, a power of attorney signed and affixed with the official seal of the company shall also be presented. The power of attorney shall state the matters entrusted and the limits of authority.

III. Within 7 days upon receipt of the notice, a case acceptance fee of 40 yuan shall be paid in advance to the court. the court's deposit bank: ,
account number:

IV. If it is determined that general procedure is applicable for the trial of this case, the parties will have the right to apply for people's jury participation.

V. The court will publish the official documents on the website of "China Judgments Online" at www.court.gov.cn/zgcpwsw

VI. You can choose to contact the judge and inquire about the case handling information by logging in Shanghai High Court website (www.hshfy.sh.cn) or by dialing 12368 hotline.

Your unit's litigation service password is: 07496615, which can be used in 24 hours and should be properly kept..

The Provisions of the Supreme People's Court Concerning the Publication of Judgment Documents by the People's Courts on the Internet are printed on the back of this notice. Please read them carefully.

The attachments are:

1. One copy of blank certificate of identity of the legal representative

2. Two copies of blank power of attorney

3. Notification of refund of litigation fee in successful cases

4. Confirmation of the bank account number of the party wining the case for fee refund

[stamp:] Special Stamp for Case Registration of Shanghai Fengxian District People's Court

May 5, 2019

## Notice of Payment of 803 Litigation Fees of Shanghai Fengxian District People's Court

Case No. (2019) Shanghai 0120 MinChu No. 10021                    No:2010-219008602





Scan to Pay

Payer: Greencourt Properties Limited Company:

According to the "Method of Payment of Litigation Costs", for the case where Greencourt Properties Limited Company sues against Shanghai Greencourt Sijihuacheng Real Estate Development Co., Ltd., for dispute over the request of changing the company registration, the payment of the case acceptance and application fees of 40 yuan; other litigation fee 0 yuan, totally RMB forty yuan, shall be made in advance. It is hoped that the payment will be made before May 12, 2019 through the public payment platform of Shanghai "All-in-One-Net"; by using Shuishenban, WeChat, Alipay, EBPP or other payment system to scan the upper right QR code to pay; or by paying with this notice at any Business Office of Agricultural Bank of China Shanghai Branch, where you may acquire the "Receipt of Agency Collection of Litigation Fee" from the Agricultural Bank of China, and then you may keep it with this notice or use it as voucher for account entry.

You have been notified

Note: If payment is made by check, the payer name should be consistent with the check drawer stamp and the name of the seal of endorser. Please do not make repeated payments by online and offline. For WeChat and Alipay, only bank card binding payment is supported and small change and red packet balance payment is not supported.

May 5, 2019

Undertaker: Mao Weiyao

(This notice is made in four copies)                    Third Copy: For payer

Notice of Payment of 803 Litigation Fees of Shanghai Fengxian District People's Court

Case No: (2019) Shanghai 0120 MinChu No. 10021                    No:2010-219008602



2019218000020010100212190086021?



Scan to Pay

Payer: Greencourt Properties Limited Company:

According to the "Method of Payment of Litigation Costs", for the case where Greencourt Properties Limited Company sues against Shanghai Greencourt Sijihuacheng Real Estate Development Co., Ltd., for dispute over the request of changing the company registration, the payment of the case acceptance and application fees of 40 yuan; other litigation fee 0 yuan, totally RMB forty yuan, shall be made in advance. It is hoped that the payment will be made before May 12, 2019 through the public payment platform of Shanghai "All-in-One-Net"; by using Shuishenban, WeChat, Alipay, EBPP or other payment system to scan the upper right QR code to pay; or by paying with this notice at any Business Office of Agricultural Bank of China Shanghai Branch, where you may acquire the "Receipt of Agency Collection of Litigation Fee" from the Agricultural Bank of China, and then you may keep it with this notice or use it as voucher for account entry.

You have been notified

Note: If payment is made by check, the payer name should be consistent with the check drawer stamp and the name of the seal of endorser. Please do not make repeated payments by online and offline. For WeChat and Alipay, only bank card binding payment is supported and small change and red packet balance payment is not supported.

May 5, 2019

Undertaker: Mao Weiyao

(This notice is made in four copies)                    Fourth Copy: For Agriculture Bank of China

# 上海市奉贤区人民法院
# 受 理 通 知 书

（2019）沪0120民初10021号

绿地置业有限公司：

　　你单位诉与上海绿庭四季花城房地产开发有限公司请求变更公司登记纠纷一案的起诉状已收到。经审查，起诉符合法定受理条件，本院决定立案审理。并将有关事项通知如下：

　　一、在诉讼进程中，当事人必须依法行使诉讼权利，有权行使民事诉讼法第四十九条、第五十条、第五十一条等规定的诉讼权利，同时也必须遵守诉讼秩序，履行诉讼义务。

　　二、应在前向本院递交法定代表人身份证明书。如需委托代理人代为诉讼，还应递交由法定代表人签名并加盖单位公章的授权委托书。授权委托书须记明委托事项和权限。

　　三、应在接到本通知后7日内，向本院预交案件受理费40元。本院开户银行： ，帐号：

　　四、本案如确定适用普通程序进行审理的，当事人有申请人民陪审员参加陪审的权利。

　　五、本院在"中国裁判文书网"公布生效裁判文书，网址：www.court.gov.cn/zgcpwsw。

　　六、你单位可以选择登陆上海高院网(www.hshfy.sh.cn)，或拨打12368热线等方式联系法官、查询案件办理信息等。

　　　　你单位的诉讼服务密码为：07496615，24小时后可使用，请妥善保管。

　　《最高人民法院关于人民法院在互联网公布裁判文书的规定》的相关规定印在本通知的背面，请仔细阅读。

　　　　附：1、空白法定代表人身份证明书一份
　　　　　　2、空白授权委托书二份
　　　　　　3、胜诉案件诉讼费用退还告知书
　　　　　　4、当事人"胜诉退费"银行账号确认书



二〇一九年五月五日

# 上海市奉贤区人民法院803缴纳诉讼费用通知

案号：（2019）沪0120民初10021号

No:2010-219008602



2019218000020010100212190086 0217



扫码支付

缴款者：绿地置业有限公司

　　根据《诉讼费用交纳办法》绿地置业有限公司诉上海绿庭四季花城房地产开发有限公司的请求变更公司登记纠纷一案，应预交案件受理费、申请费40元；其他诉讼费0元，计人民币（大写）肆拾元。希于2019年05月12日之前，通过上海市"一网通办"公共支付平台支付；或使用随申办、微信、支付宝、付费通等支付系统扫右上方的二维码支付；或携带本通知在中国农业银行上海市分行各营业所交款后领取农业银行出具的《代收诉讼费收据》连同本通知作留存或入帐凭证。

　　特此通知

注：如以支票付款的，收款人名称与出票人印鉴和背书人背书章的名称一致即可。请勿通过线上、线下两种方式重复缴费。微信、支付宝只支持绑定银行卡缴费，不支持零钱、红包余额缴费。

二〇一九年五月五日

承办人：毛玮瑶

（本通知共肆联）　　　　第三联： 交款人存

# 上海市奉贤区人民法院803缴纳诉讼费用通知

案号：（2019）沪0120民初10021号

No:2010-219008602



2019218000020010100212190086021 7



扫码支付

缴款者：绿地置业有限公司

　　根据《诉讼费用交纳办法》绿地置业有限公司诉上海绿庭四季花城房地产开发有限公司的请求变更公司登记纠纷一案，应预交案件受理费、申请费40元；其他诉讼费0元，计人民币（大写）肆拾元。希于2019年05月12日之前，通过上海市"一网通办"公共支付平台支付；或使用随申办、微信、支付宝、付费通等支付系统扫右上方的二维码支付；或携带本通知在中国农业银行上海市分行各营业所交款后领取农业银行出具的《代收诉讼费收据》连同本通知作留存或入帐凭证。

　　特此通知

注：如以支票付款的，收款人名称与出票人
印鉴和背书人背书章的名称一致即可。请勿
通过线上、线下两种方式重复缴费。微信、
支付宝只支持绑定银行卡缴费，不支持零钱、
红包余额缴费。

二〇一九年五月五日

承办人：毛玮瑶

（本通知共肆联）　　　　第四联：　农业银行