# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ESTATE OF KE ZHENGGUANG,<br><br>         Petitioner,<br><br>—*against*—<br><br>YU NAIFEN STEPHANY<br>(a/k/a/ STEPHANY YU,<br>a/k/a/ STEPHANY NAIFEN YU<br>a/k/a/ STEPHANY N. DOMBROWSKI),<br><br>         Respondent. | 8:18-cv-03546-PWG |

**[PROPOSED] FINAL JUDGMENT**

**WHEREAS** Ke Zhengguang and Respondent Yu Naifen Stephany (a/k/a/ Stephany Yu, a/k/a/ Stephany Naifen Yu a/k/a/ Stephany N. Dombrowski) ("Stephany Yu") are among the parties to that certain "Agreement on the Implementation of 'The Preliminary Share Restructuring Agreement,'" which called for disputes to be resolved via arbitration in Hong Kong (ECF No. 35-1) (the "2010 Agreement");

**WHEREAS** in February 2013, Ke Zhengguang and Xu Hongbiao (the "Arbitral Claimants") filed an arbitration against the remaining parties to the 2010 Agreement, Stephany Yu, Oasis Investment Group Limited, Yu Naiwen and Yu Naiyen (the "Arbitral Respondents");

**WHEREAS** the Petitioner the Estate of Ke Zhengguang (the "Estate") was substituted as a party in the arbitration for Ke Zhengguang following his death;

**WHEREAS** the arbitral tribunal issued a final award, dated February 25, 2018 (ECF No. 35-3), as clarified in a supplemental award, dated December 19, 2018 (ECF No. 35-5) (collectively, the "Final Award");

**WHEREAS** the Estate filed an Amended Petition in this Court against Stephany Yu (ECF No. 35) under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 33 U.N.T.S. 38 and 9 U.S.C. § 207, to confirm the Final Award; and

**WHEREAS** the Court has granted the Amended Petition.  (ECF No. 53.)

It is hereby **ADJUDGED** as follows:

1. The Final Award is confirmed, and its Orders are hereby entered as the judgment of the Court, but only insofar as those Orders by their terms impose obligations upon the parties before the Court, the Estate and Stephany Yu.

2. With respect to Order 9, judgment is entered against Stephany Yu in the amount of **$796,658.25**,[1] post-judgment interest based on the rate specified in 28 U.S.C. § 1961, from the date of entry of this Final Judgment until its satisfaction.

3. Each party is to bear its own costs and fees.

_____
Hon. Paul W. Grimm, U.S.D.J.
Dated:

---

[1] This is calculated as the Estate's one-half portion of the award amount, RMB10,346,211, times the currency exchange rate published in the Wall Street Journal from RMB to U.S. Dollars of 0.1540, as of February 28, 2018.