# EXHIBIT B



City of New York, State of New York, County of New York

I, Caroline Snider, hereby certify that the document "**Shanghai Municipal High People's Court Document Certificate of Service**" is, to the best of my knowledge and belief, a true and accurate translation from Chinese into English.

_____
Caroline Snider
(Currently situated in the County of New York)

Sworn to before me remotely this
May 5, 2021

_____
Signature, Notary Public
(Currently situated in the County of New York)

_____
Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

[stamp:] Shanghai Municipal High People's Court

# Shanghai Municipal High People's Court
# Document Certificate of Service

| Cause of Action | Dispute over application for company amendment registration | Case No. | (2021) Hu Min Shen No. 862 |
|---|---|---|---|
| Served Documents Name and number of sets | Case Acceptance Notice [hw:], *Integrity Supervision Card* | | |
| Received by | Lvting Properties Co., Ltd.: | | |
| Address of Service | Lawyer Liu Jiadi, Shanghai Office, Jun He Law Firm, 26/F Office Building No. 1, Hong Kong Xingye Center, No. 288, Shimen 1st Road, Shanghai 13524669012 | | |
| Received by Signature or seal | (Month) (Day), (Year) | | |
| Agent for collection and reason for agency collection | (Month) (Day), (Year) | | |
| For reference | After signing and sealing this certificate, it shall be mailed to Ding Zhenyu of the Commercial Affairs Chamber of the Shanghai High People's Court. Address: No. 535, Xiangyang South Road (near Zhaojiabang Road), Postal Code: 200031 Tel: 021-63080000*5171 | | |

Completed by: Ding Zhenyu                    Delivered by:

Note:
(1) The service of civil and administrative litigation documents shall be handled in accordance with or with reference to the provisions of Articles 85 and 86 of the Civil Procedure Law.
(2) If the litigation documents are collected on behalf by an agent, after the agent signs or affixes the seal, his/her relationship with the recipient and the reason for collection on behalf by the agent should also be stated.

# Shanghai Municipal High People's Court
## Notice of Acceptance of Civil Application for Retrial

(2021) Hu Min Shen No. 862

To

To Lvting Properties Co., Ltd.:

In a dispute regarding the change of company registration with Shibang Co., Ltd., Xu Liangyan and Shanghai Lvting SJHC Real Estate Development Co., Ltd., your unit is dissatisfied with the civil judgment (2020) Hu 01 Min Zhong No. 10686 issued by Shanghai First Intermediate People's Court on December 31, 2020 and has applied to this court for retrial. This court has opened a case for examination.

This notice is hereby given.

[stamp:] Shanghai Municipal High People's Court

April 20, 2021

Contact Person: Ding Zhenyu
Telephone: 021-63080000 extension

Address: No. 308 Zhaojiabang Road, Shanghai
Postal code: 200031

# Shanghai High People's Court Integrity Supervision Card

2021 Hu Gao No. 1761

| Basic information of the parties involved in the case and the persons supervised | | | | |
|---|---|---|---|---|
| **Case number and cause of action** | (2021) Hu Min Shen No. 862 | | **Supervised by** | |
| **Parties to the case** | **Name (also known as)** | Lvting Properties Co., Ltd. | **Phone** | |
| | **Address** | Room 12, 10/F, Wing On Plaza, 62 Mody Rd, Tsim Sha Tsui East, Kowloon, Hong Kong Special Administrative Region | | |
| **Whether court staff are found to have problems such as judicial integrity and style, etc.** | | | | |
| | Nil | | | |
| ○ Yes | ☐ 1. Malpractice for personal gain, abuse the law and practice favoritism, handle any relationship or personal relations case; <br> ☐ 2. Request to accept the property of a party involved in the case, or use other means to seek personal gains in the case; <br> ☐ 3. Abuse of power, dereliction of duty, resulting in loss of the legal rights and interests of a party involved in the case; <br> ☐ 4. Deliberately abandoning, tampering with, concealing, forging or secretly exchanging evidence or other litigation materials; <br> ☐ 5. Illegally taking criminal compulsory measures or illegally taking civil preservation or enforcement measures; <br> ☐ 6. Meet with a party involved in the case in violation of regulations, accept treats and gifts from a party involved in the case, or lobby for a party involved in the case; <br> ☐ 7. Make a disclosure to a party involved in the case in violation of regulations, or disclose state secrets, trial work secrets, trade secrets and personal privacy; <br> ☐ 8. Engaging in improper dealings with the defense or litigation agent, or recommending a lawyer to a party involved in the case in violation of regulations; <br> ☐ 9. Fail to recuse himself / herself in accordance with the law when handling a case; <br> ☐ 10. Beating or insulting a party involved in the case, or torture, physically punish or maltreat a party involved in the case who is in custody; <br> ☐ 11. The style of work is rough, the parties to the case are coldly pushed, or exceeding the limit of trial without reason; <br> ☐ 12. Collecting illegal fees, or ask for sponsorship and apportionment of property from the parties in the name of the unit; <br> ☐ 13. The property clues provided by the application executor are not verified and investigated in time, failing to take necessary investigation and control measures and other enforcement measures according to law after putting the case on file, refuse to accept the implementation of objection or the implementation of reconsideration application and make the corresponding legal documents according to law, issue no receipt for collection of execution money and property, unreasonably delay the payment time of execution funds; <br> ☐ 14. Preservation or use of the involved property in violation of regulations; <br> ☐ 15. Randomly changing the court time, not holding hearings on time, attending court after drinking alcohol, or smoking in court, chatting, sleeping, picking up phone calls, leaving court with the chief, doing things unrelated to the trial; <br> ☐ 16. Failure to perform the obligation of notification of the trial enforcement information without reason; <br> ☐ 17. Serious omission of legal documents; <br> ☐ 18. Other acts in violation of the code of conduct and regulations; <br><br> _____YYYY____MM____DD | | | |
| **Precautions** | | | | |
| 1. The Integrity Supervision Card shall be filled in by the party involved in the case (agent). <br> 2. If you have any questions, you can directly report your concerns by contacting the 12368 litigation service platform and the report acceptance website (http://jubao.court.gov.cn/). | | | | |

# 上海市高级人民法院
# 送达回证



| 案　由 | 请求变更公司登记纠纷 | 案号 | （2021）沪民申862号 |
|---|---|---|---|
| 送达文书名称和件数 | 受理案件通知书、应诉通知书 | | |
| 受送达人 | 绿庭置业有限公司 | | |
| 送达地址 | 上海市石门一路288号香港兴业中心办公楼一座26层君合律所上海分所刘佳迪律师13524669012 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | 此证签名、盖章后，寄回上海市高级人民法院商事庭丁振宇。地址：襄阳南路535号（近肇嘉浜路），邮编：200031　电话：021-63080000*5171 | | |

填发人：丁振宇　　　　　　　　　　送达人：

注：(1) 送达民事、行政诉讼文书，按照或参照民事诉讼法第八十五条、第八十六条的规定办理。
　　(2) 代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

# 上海市高级人民法院
# 民事申请再审案件受理通知书

（2021）沪民申862号

绿庭置业有限公司：

你单位因与世邦有限公司、许良彦、上海绿庭四季花城房地产开发有限公司请求变更公司登记纠纷一案，不服上海市第一中级人民法院于二〇二〇年十二月三十一日作出的（2020）沪01民终10686号民事判决书，向本院申请再审，本院已立案审查。

特此通知。

二〇二一年四月二十日

联系人：丁振宇　　　　　　电话：021-63080000转
地址：上海市肇嘉浜路308号　邮政编码：200031

# 上海市高级人民法院廉政监督卡

2021沪高第1761号

| 案件当事人及被监督人基本信息 | | | |
|---|---|---|---|
| 案号及案由 | （2021）沪民申862号 | 被监督人 | |
| 案件当事人 | 姓名（名称） 绿庭置业有限公司 | 电话 | |
| | 地址 香港特别行政区香港九龙尖沙咀么地道62号永安广场10楼12室 | | |
| 有无发现法院工作人员存在司法廉洁及作风等问题 | ○无 | | |
| ○有 | □1.徇私舞弊、徇情枉法，办理关系案、人情案；<br>□2.索取收受案件当事人财物，或者采取其他方式以案谋私；<br>□3.滥用职权、玩忽职守，导致案件当事人合法权益遭受损失；<br>□4.故意毁弃、篡改、隐匿、伪造、偷换证据或者其他诉讼材料；<br>□5.违规采取刑事强制措施或者违规采取民事保全、执行措施；<br>□6.违规会见案件当事人，或者接受案件当事人的请客送礼、为案件当事人请托说情；<br>□7.违规为案件当事人通风报信，或者泄露国家秘密、审判工作秘密、商业秘密和个人隐私；<br>□8.与辩护人、诉讼代理人进行不正当交往，或者违规为案件当事人推荐介绍律师；<br>□9.在办案中依法应予回避而不回避；<br>□10.殴打、辱骂案件当事人，或者刑讯逼供、体罚、虐待被羁押的案件当事人；<br>□11.作风粗暴，对案件当事人冷硬横推，或者无故超审限；<br>□12.违规收费，或者以单位名义向案件当事人索要赞助、摊派财物；<br>□13.对申请执行人提供的财产线索不及时核实查控、执行立案后不依法采取必要的查控措施及其他执行措施、不按法律规定受理执行异议、执行复议申请并作出相应的法律文书、收取执行款物不出具收据、无故拖延执行款划付时间；<br>□14.违规保管、使用涉案款物；<br>□15.随意更改开庭时间、开庭不准时、酒后出庭，或者在庭上吸烟、聊天、打瞌睡、接打电话、随意离庭、做与庭审无关的事；<br>□16.无故不履行审判执行信息告知义务；<br>□17.法律文书错漏严重；<br>□18.其他违反作风纪律规定的行为；<br><br>年　月　日 | | |
| 注意事项 | | | |
| 1.廉政监督卡由案件当事人（代理人）填写。 | | | |
| 2.若有疑问可直接向12368诉讼服务平台和举报受理网站（http://jubao.court.gov.cn/）询问。 | | | |



EMS 全球邮政特快专递 法院专递邮件详情单

1079892758694

收寄局 ORIGINAL OFFICE　　客户代码：　　收寄日期 2021年4月25日

寄件人单位名称：**上海市高级人民法院**
地址：上海市襄阳南路535号商事庭
联系电话：021-63080000
案号：(2021) 沪民申862号

□ 受理案件通知书
□ 应诉通知书（参加诉讼通知书）
□ 起诉状（反诉状）副本
□ 申请书副本
□ 答辩状副本
□ 举证通知书
□ 诉讼权利义务告知书
□ 合议庭组成人员通知书
□ 送达地址确认书
□ 流程告知书
□ 廉政监督卡

□ 传票
□ 出庭通知书
□ 通知书
□ 执行通知书
□ 报告财产令
□ 交纳诉讼费用通知书
□ 调解书
□ 裁定书
□ 判决书

收件人姓名：刘佳迪（绿庭公司）　移动电话：13524669012
单位名称：君合律所上海分所
地址：上海市石门一路288号香港兴业中心办公楼一座26层

收件人或代收人签名：徐春芳
证件名称：☑身份证
代收人与收件人关系：□配偶 □父母 □成年子女 □兄弟姐妹 □收发室 □法定代表人 □前台 □其他

1. 收件人本人签收的，需出示有效身份证件，签名并填写证件号码。
2. 收件人是单位的，签收人签收时需出示有效身份证件，签名并填写证件号码，同时必须注明与收件人的关系。
3. 代收人签收的，需出示有效身份证件，签名并填写证件号码，同时必须注明与收件人的关系（仅限同住成年家属）。
4. 投递成功需及时将回执返回，投递未成功需在详情单上标注原因。



封套编码：B-FT-100
印制单位：宁波鸿达印务有限公司
印量：100万
生产日期：2019年7月
国家邮政局市场监管司监制
监制证号：31-07-79





中国邮政 CHINA POST
11183