# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ESTATE OF KE ZHENGGUANG., | * | |
| | * | |
| Plaintiff/Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 8:18-cv-03546-PX |
| | * | |
| YU NAIFEN STEPHANY | * | |
| (a/k/a/ STEPHANY YU, | * | |
| a/k/a/ STEPHANY NAIFEN YU | * | |
| a/k/a/ STEPHANY N. DOMBROWSKI), | * | |
| | * | |
| Defendant/Respondent. | * | |

| | | |
|---|---|---|
| ESTATE OF KE ZHENGGUANG., | * | |
| | * | |
| Plaintiff/Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 8:20-cv-02260-PX |
| | * | |
| YU NAIFEN STEPHANY | * | |
| (a/k/a/ STEPHANY YU, | * | |
| a/k/a/ STEPHANY NAIFEN YU | * | |
| a/k/a/ STEPHANY N. DOMBROWSKI), | * | |
| | * | |
| Defendant/Respondent. | * | |

***
## CONSOLIDATED FINAL JUDGMENT

For the reasons stated in the foregoing Memorandum Opinion, it is this 9th day of January 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The Amended Petition to Recognize/Enforce Foreign Arbitration Award (Case No. 18-cv-03546, ECF No. 35) filed by Plaintiff/Petitioner Estate of Ke Zhengguang is GRANTED;

2. The arbitral award dated February 28, 2018, later clarified in a supplemental award dated December 19, 2018, in the Hong Kong Case No. HKIAC/A13028 is CONFIRMED;

3. The second Petition to Recognize and Enforce Foreign Arbitral Award (Case No. 20-cv-02260, ECF No. 1) filed by Plaintiff/Petitioner Estate of Ke Zhengguang is GRANTED;

4. The arbitral awards dated March 16, 2020, and June 26, 2020, in the Hong Kong Case No. HKIAC/A13028 are CONFIRMED;

5. Judgment is ENTERED in favor of Petitioner Estate of Ke Zhengguang and against Yu Naifen Stephany, effective as of January 9, 2023, in the amount of three million, six hundred and fourteen thousand, seven hundred and seventy-two U.S. dollars, and 78 cents ($3,614,772.78);

6. Post-judgment interest shall begin to accrue starting from January 9, 2023, pursuant to 28 U.S.C. § 1961; and

7. The Clerk shall transmit copies of this Consolidated Final Judgment and the foregoing Memorandum Opinion to the parties and CLOSE these consolidated cases.

January 9, 2023  /s/
Date  Paula Xinis
United States District Judge