**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ESTATE OF KE ZHENGGUANG, <br><br> Petitioner, <br><br> —*against*— <br><br> YU NAIFEN STEPHANY <br> (a/k/a/ STEPHANY YU, <br> a/k/a/ STEPHANY NAIFEN YU <br> a/k/a/ STEPHANY N. DOMBROWSKI), <br><br> Respondent. | 8:18-cv-03546-PX |
| ESTATE OF KE ZHENGGUANG, <br><br> Petitioner, <br><br> —*against*— <br><br> YU NAIFEN STEPHANY <br> (a/k/a/ STEPHANY YU, <br> a/k/a/ STEPHANY NAIFEN YU <br> a/k/a/ STEPHANY N. DOMBROWSKI), <br><br> Respondent. | 8:20-cv-2260-PX |

**NOTICE OF APPEAL**

Notice is hereby given that Respondent Yu Naifen Stephany (a/k/a/ Stephany Yu, a/k/a/ Stephany Naifen Yu, a/k/a/ Stephany N. Dombrowski) in the above captioned cases, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Consolidated Final Judgment entered in 8:18-cv-03546-PX, ECF Doc. No. 87 and 8:20-cv-2260-PX, ECF Doc. No. 21 on January 9, 2023.

Dated: February 6, 2023

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: ___/s/ Michael J. Baratz_____

Charles Michael*
(signed by Michael J. Baratz with permission
of Charles Michael)
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
cmichael@steptoe.com
*Admitted pro hac vice

Michael J. Baratz (Bar No. 16391)
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
mbaratz@steptoe.com

*Counsel for Respondent Stephany Yu*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 6th day of February, 2023, copies of the foregoing

Notice of Appeal were served via the Court's CM/ECF system to all counsel and parties

receiving electronic notice of pleadings filed in this case.

    */s/ Michael J. Baratz*
Michael J. Baratz (Bar No. 16391)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
mbaratz@steptoe.com

*Counsel for Respondent Stephany Yu*