FILED: July 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1144
(8:18-cv-03546-PX)
(8:20-cv-02260-PX)

_____

ESTATE OF KE ZHENGGUANG

      Plaintiff/Petitioner - Appellee

v.

YU NAIFEN STEPHANY, a/k/a Stephany Yu, a/k/a Stephany Naifen Yu, a/k/a Stephany N. Dombrowski

      Defendant/Respondent - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered June 27, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*