IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ESTATE OF KE ZHENGGUANG,<br><br>      Petitioner<br> -against-<br><br>YU NAIFEN STEPHANY<br>(a/k/a STEPHANY YU,<br>a/k/a STEPHANY NAIFEN YU,<br>a/k/a STEPHANY N. DOMBROWSKI),<br><br>      Respondent. | Case No. 8:18-cv-03546-PX |
| ESTATE OF KE ZHENGGUANG,<br><br>      Petitioner<br> -against-<br><br>YU NAIFEN STEPHANY<br>(a/k/a STEPHANY YU,<br>a/k/a STEPHANY NAIFEN YU,<br>a/k/a STEPHANY N. DOMBROWSKI),<br><br>      Respondent. | Case No. 8:20-cv-2260-PX |

## AMENDED ORDER

Upon consideration of the Consent Motion to Release Respondent's Deposited Funds to Petitioner, it is hereby ORDERED as follows:

1. The Court Registry is authorized to release Respondent's deposit in the amount of **$3,786,751.53** (the "Deposited Funds"), and any interest accrued, to the attorney trust account of Petitioner's lead counsel, Seiden Law LLP, for the benefit of Petitioner.

2. Seiden Law LLP shall file an *ex-parte* submission with wire instructions for the transfer of the Deposited Funds to its attorney trust account, for the benefit of Petitioner.

Dated:   August 15, 2024

_____
Hon. Paula Xinis
United States District Judge